## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICK BROWN a/k/a GABRIEL CORREA, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 13-3173 |
| | : | |
| MICHAEL HARLOW, et al., | : | |
| Respondents. | : | |

FILED
FEB 18 2014
_____, Clerk
Dep. Clerk

## ORDER

**JUAN R. SANCHEZ, J.**

AND NOW, this 18th day of February, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. Petitioner's petition for a writ of habeas corpus is STAYED and held in ABEYANCE until the conclusion of Petitioner's state court proceedings.
3. Petitioner shall return to federal court within 30 days following the conclusion of his state court proceedings. If Petitioner does not return to federal court within that time, this stay and abeyance order will be vacated and his petition will be denied without prejudice.
4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

JUAN R. SANCHEZ
U.S. DISTRICT COURT JUDGE